IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO: 10-cv-04147

| | |
|---|---|
| JUSTIN DELCANO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BUREAU OF COLLECTION ) | |
| RECOVERY, INC., ) | **NOTICE OF SETTLEMENT** |
| ) | |
| Defendant. ) | |

NOW COMES Plaintiff, JUSTIN DELCANO ("Plaintiff"), by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of being finalizing, which Plaintiff anticipates will be within the next thirty (30) days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: December 9, 2010    **KROHN & MOSS, LTD.**

By: /s/ Lee Cassie Yates _____
Lee Cassie Yates- # 0352688
Krohn & Moss, Ltd.
120 West Madison Street, 10th Floor
Chicago, IL 60602
Phone: (312) 578-9428

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

NOTICE OF SETTLEMENT

1

I hereby certify that on December 9, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that on December 9, 2010, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By:   /s/ Lee Cassie Yates _
      Lee Cassie Yates, Esq.