UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Justin Delcano,                                        Civil No. 10-4147 (DWF/AJB)

           Plaintiff,

v.                                               **ORDER FOR VOLUNTARY**
                                                   **DISMISSAL WITH PREJUDICE**

Bureau of Collection Recovery, Inc.,

           Defendant.

---

Lee Cassie Yates, Esq., Krohn & Moss, Ltd., counsel for Plaintiff.

---

       On January 10, 2011, Plaintiff Justin Delcano filed a Notice of Voluntary Dismissal (Doc. No. [4]) pursuant to Fed. R. Civ. P. 41(a)(1)(A). After consideration of the submission,

       **IT IS ORDERED AND ADJUDGED:**

       1.      Plaintiff Justin Delcano's claims against the Bureau of Collection Recovery, Inc., expressed in his Complaint, are hereby **DISMISSED WITH PREJUDICE**.


Dated: January 12, 2011          s/Donovan W. Frank
                                          DONOVAN W. FRANK
                                          United States District Judge